# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT EUSTICE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>IMI PARTNERS, LLC, *et al.,*<br><br>　　　　　　　Defendants. | Case No.  2:10-cv-02076-GMN-PAL<br><br>**ORDER OF RECUSAL** |

　　　The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

　　　Based on the foregoing and good cause appearing therefor,

　　　**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

　　　DATED this 21st day of December, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE