# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT EUSTICE,

                Plaintiff,             Case No. 2:10-cv-02076-GMN-PAL

vs.                                             **ORDER**

IMI PARTNERS, LLC, *et al.,*

                Defendants.

     This matter is before the court on the parties' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed to Federal District Court (Dkt. #1) November 29, 2010. No Answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the parties have failed to comply. Accordingly,

     **IT IS ORDERED** the parties shall file their Certificate as to Interested Parties, which fully

///
///
///
///

1  complies with LR 7.1-1 **no later than 4:00 p.m., January 5, 2011.**  Failure to comply may result in the
2  issuance of an order to show cause why sanctions should not be imposed.
3        Dated this 22th day of December, 2010.

                                                        _____
Peggy A. Leen
United States Magistrate Judge